No. D–390.    IN RE DISBARMENT OF NAGEL.    Disbarment entered.    [For earlier order herein, see 464 U. S. 1014.]

No. D–399.    IN RE DISBARMENT OF LESESNE.    Thomas Petigru Lesesne III, of Charleston, S. C., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.    The rule to show cause, heretofore issued on February 21, 1984 [465 U. S. 1017], is hereby discharged.

No. D–419.    IN RE DISBARMENT OF STEVENS.    It is ordered that Mitchell Lee Stevens, of Lombard, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–420.    IN RE DISBARMENT OF BROWNLOW.    It is ordered that Jerry D. Brownlow, of Grand Prairie, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 94, Orig.    SOUTH CAROLINA v. REGAN, SECRETARY OF THE TREASURY.    It is ordered that Honorable Samuel J. Roberts, of Erie, Pa., be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem necessary to call for.    The Special Master is directed to submit such reports as he may deem appropriate.

The compensation of the Special Master, the compensation paid to his technical, stenographic, clerical, and legal assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.    [For earlier decision herein, see, e. g., 465 U. S. 367.]